IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RASHIEN AMEIN PHILLIPS, SR.,**       :<br>    Petitioner                                            :<br>                                                              :     No. 1:22-cv-00229<br>    v.                                                       :<br>                                                              :     (Judge Kane)<br>**DAUPHIN COUNTY PROBATION**      :<br>**AND PAROLE, et al.,**                       :<br>    Respondents                                      : | |

## ORDER

**AND NOW**, on this 15th day of March 2022, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion for leave to proceed in forma pauperis (Doc. No. 2) is **GRANTED**, and his petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254 (Doc. No. 1), is **DEEMED** filed;

2. Petitioner's petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
